NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3241

ANTHONY J. ADAMS,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.


Mark J. Berkowitz, of Ft. Lauderdale, Florida, for petitioner.

Stephen C. Tosini, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent.  With him on the brief were Jeanne E. Davidson, Director, and Donald E. Kinner, Assistant Director.

Appealed from:  Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3241

ANTHONY J. ADAMS,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

in CASE NO(S).      AT0752070473-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (GAJARSA, DYK, and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED February 9, 2009      /s/ Jan Horbaly
                                Jan Horbaly, Clerk